In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-193 CV


____________________



FREDERIC L. HILLEBRANDT, Appellant



V.



FRENCH ROAD APARTMENTS, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 94192






MEMORANDUM OPINION


 The county court at law granted French Road Apartments possession of certain real
premises located in Jefferson County, Texas, and awarded $435 for back rents. The
defendant, Frederic L. Hillebrandt, appealed. Although the appellant's brief was due
October 14, 2002, neither a brief nor a motion for extension of time to file the brief has
been filed. Because the appeal involves the application of well-settled principles of law,
we deliver this memorandum opinion. See Tex. R. App. P. 47.4.

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM

Submitted on January 2, 2003

Opinion Delivered January 16, 2003 



Before McKeithen, C.J., Burgess and Gaultney, JJ.